UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE P. RAWLINGS,

                Plaintiff,

v.

                              Case No.8:07-cv-1820-T-33TGW

RONIN RISK INTERNATIONAL, d/b/a
RONIN RISK USA, LLC, and NATIONAL
RETAIL SYSTEMS. INC.,

                Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to Defendant National Retail Systems, Inc.'s motion to dismiss (Doc. # 28), which was filed September 8, 2008.  Plaintiff failed to file a response to the motion, and the time for Plaintiff to do so has expired.

Defendant's motion to dismiss discusses Plaintiff's failure to prosecute this case: "Plaintiff has failed to diligently prosecute this case by failing to participate in the required Case Management Conference, even after repeated reminders by counsel for [Defendant]." (Doc. # 28 at 3). Defendant seeks dismissal pursuant to Local Rule 3.10(a), M.D. Fla., among other provisions of the Local Rules and the Federal Rules of Civil Procedure.  Local Rule 3.10(a), M.D. Fla., states: "Whenever it appears that any case is not being

diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution."

Plaintiff failed to respond to Defendant's motion to dismiss. However, in the interests of fairness, this Court entered an order on October 7, 2008, warning Plaintiff that, absent a response, the Court would consider Defendant's motion to dismiss as an unopposed motion. (Doc. # 29). In addition, the Court's Order provided Plaintiff with additional time in which to file a response to Defendant's motion. (Doc. # 29).

Even after this Court's clear warning, Plaintiff failed to respond to Defendant's motion to dismiss. As such, this Court finds it appropriate to grant Defendant's motion to dismiss as an unopposed motion.

Accordingly, it is

**ORDERED, ADJUDGED, and DECREED:**

(1) Defendant's Motion to Dismiss (Doc. # 28) is **GRANTED** to the extent that Plaintiff's complaint is dismissed.

(2)   The Clerk is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>3rd</u> day of November, 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel and Parties of Record